```
1  CAROL IGOE (SBN 267673)
2  KYRSTEN B. SKOGSTAD (SBN 281583)
   NICOLE J. DARO (SBN 276948)
3  CALIFORNIA NURSES ASSOCIATION
4  155 Grand Avenue
   Oakland, CA 94612
5  (510) 273-2200 (telephone)/(510) 663-4822 (facsimile)
6  kskogstad@calnurses.org
7  ndaro@calnurses.org
   cigoe@calnurses.org
8  Attorneys for Plaintiff
9  CALIFORNIA NURSES ASSOCIATION
```

# UNITED STATES DISTRIC COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et. al.*,<br><br>    Debtors and Debtors in Possession.<br>_____<br>CALIFORNIA NURSES ASSOCIATION (CNA)<br><br>    Plaintiff,<br><br>v.<br><br>VERITY HEALTH SYSTEMS OF CALIFORNIA, INC., a California Corporation; ST. FRANCIS MEDICAL CENTER, an Affiliate; ST. VINCENT MEDICAL CENTER, an Affiliate; SETON MEDICAL CENTER, an Affiliate; ST. FRANCIS MEDICAL | Dist. Case No.: 2:20-cv-02623<br><br>BK. Lead Case No.: 2:18-bk-20151-ER<br><br>Chapter 11 Cases<br><br>Adversary No.: 2:20-ap-01051-ER<br><br>**PLAINTIFF CALIFORNIA NURSES ASSOCIATION'S NOTICE OF RELATED CASES PURSUANT LOCAL RULE 83-1.3.1** |

| | |
|---|---|
| 1 | CENTER OF LYNWOOD, an Affiliate; ) |
| 2 | ST. VINCENT DIALYSIS CENTER, ) INC., an Affiliate; VERITY ) |
| 3 | HOLDINGS, LLC, an Affiliate; ) DEPAUL VENTURES, LLC, an ) |
| 4 | Affiliate; RICHARD ADCOCK, an ) |
| 5 | Individual; STEVEN SHARRER, an ) Individual, and DOES 1 through 500, ) |
| 6 | ) |
| 7 | Defendants. ) |

Plaintiff California Nurses Association (CNA), pursuant to Local Rule 83-1.3.1, call the Court's attention to the following cases:

- *In re Verity Health System of California, Inc.*, *et al.*, Lead Bankr. Case No. 2:18-bk-20151-ER, filed on August 31, 2018; pending before the Honorable Ernest Robles in the United States Bankruptcy Court, Central District of California, Los Angeles Division.

Dated:  March 19, 2020                           Respectfully submitted,

                                                 CALIFORNIA NURSES ASSOCIATION
                                                 LEGAL DEPARTMENT

                                                 By: /s/ Carol A. Igoe
                                                     Carol A. Igoe
                                                     Kyrsten B. Skogstad
                                                     Attorneys for Plaintiff
                                                     CALIFORNIA NURSES ASSOCIATION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 155 Grand Ave., Oakland, CA 94612.

On March 19, 2020, I served true copies of the following document(s) described as **PLAINTIFF CALIFORNIA NURSES ASSOCIATION'S NOTICE OF RELATED CASES PURSUANT LOCAL RULE 83-1.3.1** on the interested parties in this action as follows:

**BY OVERNIGHT MAIL**: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the California Nurses Association's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the UPS, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Oakland, California.

The Honorable Ernest M. Robles
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

Office of the United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: I caused a copy of the document(s) to be sent from e-mail address ttschneaux@calnurses.org to the persons at the e-mail addresses listed in below. The document(s) were transmitted at or before 5:00 p.m. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

3

1  DEFENDANT: Richard Adcock, Verity Health Systems of California-
2      aruda@bzbm.com
3  DEFENDANT: Steven Sharrer, Verity Health
    aruda@bzbm.com
4  DEFENDANT: De Paul Ventures, LLC
    sam.alberts@dentons.com
5  DEFENDANT: St. Francis Medical Center, a California nonprofit public benefit
6      corporation sam.alberts@dentons.com
7  DEFENDANT: St. Vincent Medical Center, a California nonprofit public benefit
    corporation sam.alberts@dentons.com
8  DEFENDANT: St. Vincent Dialysis Center, Inc.
9      sam.alberts@dentons.com
10 DEFENDANT: Seton Medical Center, a California nonprofit public benefit
    corporation sam.alberts@dentons.com
11 DEFENDANT: Verity Health Systems of California, Inc., a California nonprofit
12     public benefit corporation sam.alberts@dentons.com
13 DEFENDANT: Verity Holding, LLC, a California limited liability company
    sam.alberts@dentons.com

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 19, 2020, at Oakland, California.


                                              /s/Tym Tschneaux.
                                              Tym Tschneaux