SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
SONIA MARTIN (Bar No. 191148)
sonia.martin@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
NICHOLAS A. KOFFROTH (Bar No. 287854)
nick.koffroth@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Counsel to Verity Health Defendants,
DePaul Ventures, LLC and Chapter 11
Debtors and Debtors In Possession

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al*.<br><br>Debtors and Debtors in Possession.<br><br>California Nurses Association CNA,<br><br>Plaintiff,<br>v.<br>Verity Health System of California, Inc., *et al.*<br><br>Defendant(s). | Case No.: 2:20-cv-02623-SVW<br><br>Bankr. Lead Case No.: 2:18-bk-20151-ER<br><br>Adversary Proceeding Case No.: 2:20-ap-1051-ER<br><br>Hon. Stephen V. Wilson<br><br>**STIPULATION CONTINUING HEARING DATE OF MOTION TO WITHDRAW REFERENCE AND RELATED BRIEFING SCHEDULE**<br><br>Continued Hearing Date and Time:<br>Date: May 25, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom 10A<br>          350 W. 1st Street, 10th Floor<br>          Los Angeles, California 90012 |

- 1 –
STIPULATION CONTINUING HEARING DATE AND RELATED BRIEFING OF MOTION TO WITHDRAW REFERENCE

## **STIPULATION**

Defendants Verity Health System of California, Inc., a California nonprofit public benefit corporation, St. Vincent Medical Center, a California nonprofit public benefit corporation, St. Vincent Dialysis Center, Inc., a California nonprofit public benefit corporation, and St. Francis Medical Center, a California nonprofit public benefit corporation, Seton Medical Center, a California nonprofit public benefit corporation, and Verity Holdings, LLC, a California limited liability company (collectively, "Verity"), DePaul Ventures, LLC, Richard Adcock, Steven Sharrer, and Plaintiff California Nurses Association ("CNA"), (collectively, the "Parties"), hereby enter into this stipulation (the "Stipulation") based on the following recitals of fact:

## **RECITALS**

A.   On March 5, 2020, Plaintiff CNA filed its *Complaint For Damages, Civil Penalties, Attorneys Fees* [Docket No. 1] (the "Complaint").

B.   On March 20, 2020, Plaintiff CNA filed a *Notice of Motion and Motion of Plaintiff for Withdrawal of Reference of Adversary Proceedings Pending in Bankruptcy Court* [Docket No. 9] (the "Motion to Withdraw Reference").

C.   On March 26, 2020, the Parties filed a *Stipulation Continuing Hearing Date of Motion to Withdraw Reference and Related Briefing Schedule* [Docket No. 10].

D.   On March 27, 2020, this Court entered its *Order Approving Stipulation to Continue Hearing Date of Motion to Withdraw Reference and Related Briefing Schedule* [Docket No. 11].

E.   Pursuant to the *Order Approving Stipulation to Continue Hearing Date of Motion to Withdraw Reference and Related Briefing Schedule* [Docket No. 11]: (1) the Motion to Withdraw Reference is set for hearing on May 11, 2020, at 1:30 p.m., in Courtroom 10A, located at 350 W. 1st Street, 10th Floor, Los Angeles, California 90012; (2) the deadline for Defendants to file their Opposition briefs to the Motion to

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Withdraw reference is April 20, 2020; and (3) the deadline for Plaintiff to file its Reply brief to the Motion to Withdraw Reference is April 27, 2020.

F.  The Debtors recently obtained approvals to sell several of their remaining facilities to separate purchasers and are in the process of closing those transactions.  In connection with the St. Francis and Seton Medical Center sale closings, the Debtors and the purchaser are engaging with the unions with respect to potential modifications of collective bargain agreements, including Plaintiff CNA concerning Seton Medical Center.  Those negotiations are to occur, in the first instance within 30 days of the approval of the sale to those purchasers.

G.  Separately, the Defendants have filed a Motion to Dismiss the Adversary Proceeding;  the deadlines of which are also being extended and which the parties have agreed should be heard either in this Court or the Bankruptcy Court after resolution of the present Motion.

H.  The Parties have agreed to continue the hearing for the Motion to Withdraw Reference from May 11, 2020 at 1:30 p.m., to May 25, 2020, at 1:30 p.m. in Courtroom 10A, located at 350 W. 1st Street, 10th Floor, Los Angeles, California 90012.

I.  In accordance with Local Rule 7-9 through 7-11, the Parties have agreed that Defendants' Opposition briefs to the Motion to Withdraw Reference is due on May 4, 2020, and Plaintiff's Reply brief to the Motion to Withdraw Reference is due on May 11, 2020.

**AGREEMENT**

**NOW, THEREFORE**, the Parties to this Stipulation hereby agree and stipulate as follows:

1.  The deadline for Defendants to file their Opposition briefs to the Motion to Withdraw Reference shall be extended from April 20, 2020 to May 4, 2020.

2. The deadline for Plaintiff to file its Reply brief to the Motion to Withdraw Reference shall be extended from April 27, 2020 to May 11, 2020.

3. The hearing on the Motion to Withdraw Reference shall be continued from May 11, 2020 at 1:30 p.m. to May 25, 2020 at 1:30 p.m.

4. The Stipulation shall be without prejudice to any party seeking further extensions of time from the Court.

**IT IS SO STIPULATED.**

Dated: April 15, 2020

**DENTONS US LLP**
SAMUEL R. MAIZEL
SONIA R. MARTIN
TANIA M. MOYRON
NICHOLAS A. KOFFROTH

By: */s/Tania M. Moyron*
Tania M. Moyron

Counsel for Verity Health Systems of California, Inc., *et al.* and DePaul Ventures, LLC

Dated: April 15, 2020

**BARTKO ZANKEL BUNZEL**
AN N. RUDA
LOUISE ANN FERNANDEZ

By: */s/Louise Ann Fernandez*
Louise Ann Fernandez

Counsel for Richard Adcock and Steven Sharrer

Dated: April 15, 2020

**CALIFORNIA NURSES ASSOCIATION**
CAROL A. IGOE
KYRSTEN B. SKOGSTAD
NICOLE J. DARO

By: */s/Kyrsten B. Skogstad*
    Kyrsten B. Skogstad

Counsel for California Nurses Association

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Tania M. Moyron, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

    */s/ Tania M. Moyron*

- 5 –
STIPULATION CONTINUING HEARING DATE AND RELATED BRIEFING OF MOTION TO WITHDRAW REFERENCE

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300