# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*<br><br>    Debtors and Debtors in Possession. | Case No.: 2:20-cv-02623-SVW<br><br>Bankr. Lead Case No.: 2:18-bk-20151-ER<br><br>Adversary Proceeding Case No.: 2:20-ap-1051-ER |
| California Nurses Association CNA,<br><br>    Plaintiff,<br>  v.<br><br>Verity Health System of California, Inc., *et al.*<br><br>    Defendant(s). | Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE HEARING DATE OF MOTION TO WITHDRAW REFERENCE AND RELATED BRIEFING SCHEDULE** |

The Court having considered the "*Stipulation Continuing Hearing Date Of Motion To Withdraw Reference And Related Briefing Schedule*"[1] entered into by and between Defendants Verity Health System, Inc., *et al.* ("Verity"), DePaul Ventures, LLC, Richard Adcock, Steven Sharrer, and Plaintiff California Nurses Association ("CNA"), and good cause appearing,

**HEREBY ORDERS AS FOLLOWS:**

A.  The deadline for Defendants to file their Opposition briefs to the Motion to Withdraw Reference shall be extended from April 20, 2020 to May 4, 2020.

B.  The deadline for Plaintiff to file its Reply brief to the Motion to Withdraw Reference shall be extended from April 27, 2020 to May 11, 2020.

C.  The hearing on the Motion to Withdraw Reference shall be continued from May 11, 2020 at 1:30 p.m. to May 25, 2020 at 1:30 p.m.

D.  The Stipulation shall be without prejudice to any party seeking further extensions of time from the Court.

IT IS SO ORDERED.

Dated: April __, 2020

Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

---

[1] All Capitalized but undefined terms herein shall have the same meanings ascribed to them in the Stipulation.